UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                  :

FREDDY RAUL ALVARADO QUEZADA,       :

              Petitioner,     :

        -v-          :          26 Civ. 387 (JPC)

                  :

LADEON FRANCIS, *et al.*,         :          <u>ORDER</u>

              Respondents.   :

                  :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     The Court, having examined the Petition in this action, which Petitioner filed under 28 U.S.C. § 2241, orders that:

     The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

     By January 23, 2026, the U.S. Attorney's Office shall file an answer or other pleadings in response to the Petition.  Petitioner may file reply papers, if any, by January 30, 2026.  In preparing their papers, the parties shall discuss whether, if the statutory provision under which the Government asserts the authority to detain Petitioner is 8 U.S.C. § 1225(b)(2)(A), there is any basis to distinguish this case from this Court's recent decision in *Chen v. Almodovar*, No. 25 Civ. 9670 (JPC), 2026 WL 100761 (S.D.N.Y. Jan. 14, 2026).

     SO ORDERED.

Dated: January 15, 2026
      New York, New York            _____
                                 JOHN P. CRONAN
                         United States District Judge