**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
FREDDY RAUL ALVARADO QUEZADA,

                              Petitioner,              26 **CIVIL** 0387 (JPC)

           -against-                                 **JUDGMENT**

LADEON FRANCIS, et al.,

                           Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated February 11, 2026, Alvarado Quezada's Petition for a writ of

habeas corpus is denied; accordingly, the case is closed.

**DATED:**  New York, New York
           February 17, 2026


                                      **TAMMI M. HELLWIG**
                                 _____
                                     **Clerk of Court**

                       **BY:**

                                    _____
                                     **Deputy Clerk**